AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Julie Maury | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-CV-08568 |
| 1577 3rd Ave Realty LLC and C & M Hair Salon Inc. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE RIDER WITH DEFENDANTS' NAMES AND ADDRESSES ON FOLLOWING PAGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Adam S. Hanski, Esq.
Hanski Partners LLC
85 Delancey Street
New York, New York 10002
Telephone: (212) 248-7400
Email: ash@disabilityrightsny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/13/2024

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



Civ. Case No: 1:24-CV-08568

RIDER TO PROPOSED SUMMONS

The following are the names and service addresses of the two (2) defendants for the Proposed Summons.

| |
|---|
| 1577 3RD AVE REALTY LLC<br>c/o NAMDAR REALTY GROUP<br>150 GREAT NECK ROAD<br>SUITE 304<br>GREAT NECK, NY 11021 |
| C & M HAIR SALON INC.<br>1577 3RD AVENUE<br>NEW YORK, NY 10128 |